# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SAM GWIN, JR.,**

        Petitioner,

    -vs-                                               **Case No. 15-C-1140**

**WILLIAM POLLARD,**
 **Warden, Dodge Correctional Institution,**

        Respondent.

# ORDER

By a January 20, 2016, Order this Court denied pro se Petitioner Sam Gwin Jr.'s motion to stay his petition and directed Respondent William Pollard to file an answer by March 29. On January 27, Gwin filed a motion (ECF No. 9) seeking reconsideration of his motion for a stay and indicating he is currently attempting to appeal the December 18, 2015, denial of a writ through the state court system. Because Gwin's motion seeks a stay based on a recent development, it is construed as a new motion for a stay. And, based on good cause, Gwin's motion for a stay is granted. As a result, the deadline for the filing of Pollard's answer is stayed. So that this case is not stayed indefinitely, no later than 30 days after the final state court action on Gwin's state court writ, Gwin must file

a statement asking the Court to lift the stay.

The Clerk of Court is also directed to close this case for statistical purposes. Nothing in this order shall be considered a dismissal or disposition of this action; this action will be reopened upon Gwin's request to lift the stay within 30 days of the final state court action.

**SO ORDERED** at Milwaukee, Wisconsin, this 5th day of February, 2016.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**